**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JOSE GARCIA, derivatively on behalf of MAPLEBEAR INC. d/b/a INSTACART,<br><br>Plaintiff,<br><br>vs.<br><br>NICK GIOVANNI, RAVI GUPTA, JEFFREY JORDAN, MEREDITH KOPIT LEVIEN, BARRY MCCARTHY, APOORVA MEHTA, MICHAEL MORITZ, ALAN RAMSAY, LILY SARAFAN, FIDJI SIMO, FRANK SLOOTMAN, and DANIEL SUNDHEIM,<br><br>Defendants,<br><br>and<br><br>MAPLEBEAR INC. d/b/a INSTACART,<br><br>Nominal Defendant | Case No.: 24-cv-280-JLH |

**NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and Federal Rule of Civil Procedure 23.1, plaintiff Jose Garcia ("Plaintiff") hereby voluntarily dismisses the claims in the above-captioned action (the "Action"), without prejudice, as to all defendants. A notice of voluntary dismissal is appropriate here because neither Plaintiff nor counsel for Plaintiff has received or will receive any compensation in consideration for the dismissal and because the dismissal is without prejudice. Moreover, because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiffs' dismissal of the Action is effective upon the filing of this notice.

Dated: April 3, 2024

Respectfully submitted,

**FARNAN LLP**

/s/ Michael J. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
Telephone: (302) 777-0300
Facsimile: (302) 777-0301
Email: bfarnan@farnanlaw.com
Email: mfarnan@farnanlaw.com

*Attorneys for Plaintiff*

Of Counsel:

**THE BROWN LAW FIRM, P.C.**
Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net